No. 87–5208. WILLIAMS *v.* FEDERICO ET AL., *ante,* p. 803. Petition for rehearing denied.

## NOVEMBER 9, 1987

No. 87–100. LYNCH ET AL. *v.* CITY OF CHICAGO ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 87–441. BIRDSALL ET AL. *v.* SHEPHERD ET AL. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 87–456. SIM *v.* COMISKEY ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.

No. 87–446. KELLER *v.* OKLAHOMA. Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–645. IN RE DISBARMENT OF FREUDENBERG. Disbarment entered. [For earlier order herein, see 483 U. S. 1017.]

No. D–653. IN RE DISBARMENT OF VAUGHN. Disbarment entered. [For earlier order herein, see 483 U. S. 1052.]

No. D–660. IN RE DISBARMENT OF SCHULER. It is ordered that William F. Schuler, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.